[No. 67525-7-I.   Division One.   March 11, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVIN RAY BURNS JR., Appellant.

Appeal from a judgment of the Superior Court for King County, No. 10-1-00949-0, Monica J. Benton, J., entered July 8, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Dwyer, J., concurred in by Schindler and Lau, JJ.

[No. 67656-3-I.   Division One.   March 11, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. GARRETT J. CZERSKI, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 10-1-00300-1, John M. Meyer, J., entered September 1, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Cox and Dwyer, JJ.

[No. 67658-0-I.   Division One.   March 11, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. BOGDAN VASELEVEH FEDAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-09027-1, Laura Gene Middaugh, J., entered August 5, 2011. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Verellen, JJ.

[No. 67664-4-I.   Division One.   March 11, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEXANDER I. MCCORMACK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-09023-8, Steven C. González, J., entered August 12, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Verellen, JJ.